IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE DANA, | : | No. 4:14-cv-01861 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| BAKER HUGHES, INC., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 21st day of September 2015, in accordance with the Memorandum issued on today's date, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss, ECF No. 20, is GRANTED WITH PREJUDICE.

The Clerk is directed to close this case.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge